■ VIRGINIA S. PAUL, Appellant, v DAVID G. COOPER, as Administrator of the Estate of ERNEST R. COOPER, Deceased, et al., Respondents. (Appeal No. 1.) [953 NYS2d 920]—Appeal from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered May 20, 2011. The order adjudicated plaintiff to be in default and dismissed the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Paul v Cooper* (100 AD3d 1550 [2012]). Present—Scudder, P.J., Fahey, Carni, Valentino and Martoche, JJ.